UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

JORGE A DIAZ ,                                    Case No. 20-17050-AJC

    Debtor.                                         Chapter 13
_____/

## NOTICE OF APPEARANCE

COMES NOW the firm of KELLEY KRONENBERG ATTORNEYS AT LAW and files this Notice of Appearance as counsel of record for ALLY BANK, a creditor in the above-styled cause, and requests:

1. That its name be added to the Matrix as:

    ALLY BANK
    c/o KELLEY KRONENBERG ATTORNEYS AT LAW
    1511 N. Westshore Blvd., Suite 400
    Tampa, FL 33607

2. That it be provided copies of all pleadings filed herein.

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

/s/DAVID E. HICKS, ESQ.
DAVID E. HICKS, ESQ.
Fla. Bar No. 0368245
KELLEY KRONENBERG ATTORNEYS AT LAW
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607
(813) 223-1697
(813) 433-5275 (fax)
E-mail:  dhicks@kelleykronenberg.com
Attorneys for ALLY BANK

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished by either Electronic or U.S. Mail to the parties listed below on this 15th day of July, 2020.

                                              /s/DAVID E. HICKS, ESQ.
                                              ATTORNEY

Jorge A Diaz
18932 NW 63rd Court Circle
Hialeah, FL 33015-4732

Robert Sanchez, Esq.
355 W. 49 St.
Hialeah, FL 33012

Nancy K. Neidich, Trustee
P.O. Box 279806
Miramar, FL 33027